STATE ex rel BEHM V. WOLFERT
No. 18557. Ohio Supreme Court
Error to Lucas County Appeals

Motion for order to certify docketed May 5, 1924, 2 Abs. 323; dis ante. 453.

801. MUNICIPAL LAW—Zoning Ordinance.

The facts of this case may be found in the Court of Appeals opinion, page 445 of last number of the Abstract.

The contentions of the plaintiff are that a general zoning ordinance of the city of Toledo is a valid enactment under the police power and that defendants should be enjoined from violating the zoning ordinance even if the effect is substantial confiscation of their property; that the modern trend and the weight of authority in the United States sustain the validity of zoning ordinances which are regulations designed to promote the public convenience "shall ever be held subservient to the public welfare."

Attorneys—Hackett & Lynch, for plaintiff; D. L. O'Rouke and Lawton & Saalfill, for defendants; all of Toledo.